1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone: (559) 497-4000
5



FILED

FEB 26 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )  NO.
                                   )   1:08MC00005 SMS
            Plaintiff,             )
     v.                            )  ORDER FOR DESTRUCTION OF
                                   )  FIREARM EVIDENCE
One Marlin Revolver                )
                                   )
                                   )
            Defendant.             )
                                   )

Having read and considered the government's request,

IT IS HEREBY ORDERED THAT the Federal Bureau of Investigation destroy the following firearm seized during the investigation underlying this matter:

| FBI Exhibit | Description of Firearm | Serial Number |
|---|---|---|
| N/A | Marlin .22 PISTOL | 02158247 |

DATED: 2/25/08

Hon. Sandra M. Snyder
UNITED STATES DISTRICT JUDGE